

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE ZARAGOZA
                Plaintiff,

vs.

W.J. SULLIVAN, WARDEN.
                Defendant.

CASE NO. CV 08 1182 CW (PR) 

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ENRIQUE ZARAGOZA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I WAS LAST EMPLOYED BY A-1 DELIVARY, AND I ERND A $450.00 A week SALARY ($1800.00 A MONTH), duRI-NG THE YEARS OF 1999—2000

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1     b.    List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).

5 _____

6 _____

7 5.    Do you own or are you buying a home?     Yes \_\_\_ No ✓

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9 6.    Do you own an automobile?     Yes \_\_\_ No ✓

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_ No \_\_\_\_ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.    Do you have a bank account? Yes \_\_\_ No ✓ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes ✓ No \_\_\_ Amount: $ 30.00

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes \_\_\_ No ✓

20 _____

21 8.    What are your monthly expenses?

22 Rent: $_____ Utilities: _____

23 Food: $ 45.00      Clothing: _____

24 Charge Accounts:

25 Name of Account      Monthly Payment      Total Owed on This Acct.

26 _____ $_____ $_____

27 _____ $_____ $_____

28 _____ $_____ $_____ 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  __NO Debts THAT I KNOW OF_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 __2-13-08__                         __Enrique Zaragoza__
17    DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _ENRIQUE ZARAGOZA_ for the last six months at

[prisoner name]

_CALIFORNIA CORRECTIONAL INSTITUTION_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _60.76_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_34.17_.

Dated: _2/20/08_                    _[signature]_

[Authorized officer of the institution]

_Acct. Tech_

```
REPORT ID: TS3030 .701                          CALIFORNIA DEPARTMENT OF CORRECTIONS                    REPORT DATE: 02/20/08
                                                CALIF CORRECTIONAL INSTITUTION                          PAGE NO:        1
                                                INMATE TRUST ACCOUNTING SYSTEM
                                                INMATE TRUST ACCOUNT STATEMENT

                                                FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER  : H22428                                                          BED/CELL NUMBER: 4B2BSH000000108L
ACCOUNT NAME    : ZARAGOZA, ENRIQUE                                               ACCOUNT TYPE:   I
PRIVILEGE GROUP : D

                                        TRUST ACCOUNT ACTIVITY

   DATE  TRAN
         CODE    DESCRIPTION            COMMENT          CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE
   ----  ----    -----------            -------          ---------    --------   -----------    -------
 09/01/2007       BEGINNING BALANCE                                                                84.50
 09/10 FC06  DRAW-FAC 6                 6-1-1617                                     45.00         39.50
 09/09 FR01  CANTEEN RETUR              702367                             0.85-                  40.35
 09/23 D300  CASH DEPOSIT               1-6-1-2385                         40.00                    0.35
 09/05 D300  CASH DEPOSIT               2692MRL726                                                  0.00
 11/05 FC06  DRAW-FAC 6                 1-6-1-2968                                   25.00         25.00
 12/06 D300  CASH DEPOSIT               3032MR771                         12.80                   12.20
 11/16 W512  LEGAL POSTAGE              3277LEGPOS                                    0.30        36.90
 11/20 W534  MEDICAL CHARGE             3308ARTAPP                                   12.20        24.70
 12/05 D300  CASH DEPOSIT               3335MR796                         40.00                   64.40
 12/05 W512  LEGAL POSTAGE              3576LGPOS                                     0.30        64.40
 12/10 FC06  DRAW-FAC 6                 6-1-3756                                     45.00        19.40
 12/19 D300  CASH DEPOSIT               3979MRL873                         30.00                  49.40
 12/20 W515  COPY CHARGE                4065COPIES                                    0.60        48.80
 12/26 D300  CASH DEPOSIT               4117LOG886                        25.00                   73.80
 12/26 D300  CASH DEPOSIT               4117LOG886                        30.00                  103.80
      ACTIVITY FOR 2008
 01/03 D300  CASH DEPOSIT               4295MR898                         30.00                  133.80
 01/04 W512  LEGAL POSTAGE              4364LEGPOS                                    0.50       133.30
 01/07 FC06  DRAW-FAC 6                 -6-1-4392                                    45.00        88.30
 02/11 FC06  DRAW-FAC 6                 6-1-5248                                     45.00        43.30
 02/15 W512  LEGAL POSTAGE              5377LEGPOS                                    0.10        43.20

                                        TRUST ACCOUNT SUMMARY

   BEGINNING         TOTAL          TOTAL         CURRENT         HOLDS        TRANSACTIONS
    BALANCE         DEPOSITS     WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
   ---------        --------     -----------      -------        -------       ------------
     84.50           205.00        246.30          43.20           0.00            0.00

                                                                 CURRENT
                                                                AVAILABLE
                                                                 BALANCE
                                                                ---------
                                                                   43.20
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _[signature]_
    TRUST OFFICE

```
REPORT ID: TS3030 .701                CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 02/20/08
                                      CALIF CORRECTIONAL INSTITUTION                    PAGE NO:        1
                                      INMATE TRUST ACCOUNTING SYSTEM
                                      INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER : V26175                             BED/CELL NUMBER: MIDHU 000000120L
ACCOUNT NAME   : MORA, MICHALE FREDRIC              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                    TRUST ACCOUNT ACTIVITY

                         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                   CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE    DESCRIPTION       COMMENT       HOLD AMOUNT
--------------------------------------------------------
11/16/2007  H110  COPIES HOLD     3297COPIES         2.20
11/16/2007  H110  COPIES HOLD     3297COPIES         3.60
11/25/2008  H118  LEGAL POSTAGE HOLD  4874LEGCOP     1.48
11/25/2008  H118  LEGAL COPIES HOLD   4874LEGCOP     5.05
01/06/2008  H109  LEGAL POSTAGE HOLD  5120LEGPOS     1.14
01/15/2008  H109  LEGAL POSTAGE HOLD  5379LEGPOS    11.10
01/15/2008  H109  LEGAL POSTAGE HOLD  5379LEGPOS     5.05
01/15/2008  H109  LEGAL POSTAGE HOLD  5379LEGPOS     2.84
02/19/2008  H109  LEGAL POSTAGE HOLD  5425LEGPOS     1.14
02/19/2008  H109  LEGAL POSTAGE HOLD  5425LEGPOS     1.48

                               TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT     HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
---------    --------    -----------   -------     -------    ------------
  0.00         0.00         0.00         0.00       35.08         0.00

                                          CURRENT
                                         AVAILABLE
                                          BALANCE
                                         ---------
                                           35.08-
```

REPORT ID: TS3030 .701                                      REPORT DATE: 02/20/08
          CALIFORNIA DEPARTMENT OF CORRECTIONS
          CALIF CORRECTIONAL INSTITUTION
          INMATE TRUST ACCOUNTING SYSTEM
          INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 20, 2008

                TOTAL NUMBER OF STATEMENTS PRINTED:            2
          TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:    43.20