ENRIQUE ZARAGOZA
C.D.C. # H-22428
CALIFORNIA CORRECTIONAL INSTITUTION
P.O. BOX, 1906
TEHACHAPI, CA. 93581

IN PRO PRIA PERSONA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 1182

ENRIQUE ZARAGOZA
PETITIONER

NO. _____

V.

W.J. SULLIVAN, WARDEN
RESPONDENT

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITIONER ENRIQUE ZARAGOZA MOVES THE COURT FOR AN ORDER APPOINTING COUNSEL AT PUBLIC EXPENSE. see U.S.C. section 1915(d); 18 U.S.C. section 3006A (a)(2)(B); also Weygrant v. Look, 718 F.2d 952, 954 (9th Cir. 1983). PETITIONER IS INDIGENT. IN FORMA PAUPERIS DECLARATION IS ATTACH TO WRIT OF HABEAS CORPUS AND THIS MOTION.
//
//



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

<u>DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL</u>

Counsel should be appointed because the issues in this case are particulary complex. see Dillon v. U.S. (9th Cir 1962) 307 F.2d 445; Hawkin v. Bennett (8th Cir 1970) 423 F.2d 948.

PETITIONER HAS ATTEMPTED TO DEFEND HIMSELF IN PROPRIA PERSONA. HE HAS A 9th GRADE POINT AVERAGE EDUCATION. His Lack of EDUCATION HAS CAUSED HIM HARM IN THE ABILITY TO PRESENT AN ACCEPTABLE INTERPETATION OF HIS CONSTITUTIONAL RIGHTS.

PETITIONER should be appointed counsel inorder to meet the ends of JUSTICE IN THIS ACTION. see, Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct 792, 9 L.Ed.2d 799 (1963)(Holding that a defendant charged with a serious offense has the right to appointed counsel)).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED AT THE CALIFORNIA CORRECTIONAL INSTITUTION, AT TEHACHAPI CALIFORNIA ON FEBUARY 13, 2008.

RESPECTFULLY SUBMITTED
BY, *Enrique Zaragoza*
ENRIQUE ZARAGOZA
PETITIONER IN PRO PER


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924